Johnnie Lang EDWARDS, a/k/a Samuel Jones, Plaintiff–Appellant,

v.

Mevera E. OBERNDORI, individually and in her official capacity as Mayor of the City of Virginia Beach; A.M. Jacocks, Jr., individually and in his capacity as Chief of Police of the Virginia Beach Police Department; Scott E. Wichtendahl, in his official capacity as Police Officer in and for the Virginia Beach Police Department; R. Lamb, in his official capacity as Police Officer in and for the Virginia Beach Police Department; Paul Lanteigne, individually and in his official capacity as Sheriff of the Virginia Beach Correctional Department—Jail; Robert J. McCabe, individually and in his official capacity as Sheriff of the

Norfolk Correctional Department—Jail; Richard D. Holcomb, individually and in his capacity as Commissioner of the Virginia Department of Motor Vehicles, Defendants–Appellees.

No. 03–6201.

United States Court of Appeals, Fourth Circuit.

Submitted May 19, 2003.

Decided May 28, 2003.

Johnnie Lang Edwards, Appellant Pro Se. Leslie Louis Lilley, Kimberly Rouse Essendelft, City Attorney's Office, Virginia Beach, Virginia; Samuel Lawrence Dumville, Norris & St. Clair, P.C., Virginia Beach, Virginia; Eric Karl Gould Fiske, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before WIDENER, WILKINSON, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Johnnie Lang Edwards appeals the magistrate judge's order denying relief on his 42 U.S.C. § 1983 (2000) complaint.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. *See Edwards v. Oberndori,* No. CA–02–347–2 (E.D.Va. Feb. 6, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

---

* The parties consented to the exercise of jurisdiction by the magistrate judge pursuant to 28 U.S.C. § 636(c) (2000).